MORGAN, LEWIS & BOCKIUS LLP
Brian A. Herman (BH-0731)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6909
(212) 309-6273 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
KENNETH MORO,                              )
        Plaintiff,           )
                                       )   **DEFENDANT'S**
   - against -                               )   **DISCLOSURE STATEMENT**
                                       )
PRUDENTIAL INSURANCE            )   Case No. 7:08-cv-01119-KMK
COMPANY OF AMERICA,           )
        Defendant.          )
------------------------------------------------------x

      Defendant, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

      The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of The Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC.  Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant

Dated: March 10, 2008                     By:  /s/ Brian A. Herman
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          Brian A. Herman (BH-0731)
                                          101 Park Avenue
                                          New York, NY  10178-0060
                                          (212) 309-6909
                                          (212) 309-6273 (fax)

                                          Attorneys for Defendant

Of Counsel:

Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5258
(215) 963-5001 (fax)