## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2008, the foregoing Answer to the Plaintiff's Complaint was served via first-class mail, postage prepaid, on the following:

> Firas E. Nesheiwat, Esq.
> 173 Fulton Street
> Poughkeepsie, NY 12601
>
> Attorney for the Plaintiff

/s/
Ryan J. Cooper