MORGAN, LEWIS & BOCKIUS LLP
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6671
(212) 309-6001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
KENNETH MORO,                          )
                          Plaintiff,   )
                                       )
    - against -                        )
                                       )    Case No. 08-CV-1119
THE PRUDENTIAL INSURANCE               )
COMPANY OF AMERICA,                    )
                          Defendant.   )
-----------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Ryan J. Cooper, of Morgan, Lewis & Bockius LLP

hereby appears as counsel of Defendant The Prudential Insurance Company of America in the

above-captioned action.

All papers in this action shall be served upon the undersigned at the address set forth

below:

Ryan J. Cooper (RC-0477)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Tel:  (212) 309-6671
Fax: (212) 309-6001

Dated:  New York, New York
        March 26, 2008

                                 Respectfully submitted,
                                 MORGAN, LEWIS & BOCKIUS LLP

                             By:  /s/ Ryan J. Cooper_____
                                 Ryan J. Cooper (RC-0477)
                                 Morgan, Lewis & Bockius LLP
                                 101 Park Avenue
                                 New York, NY  10178
                                 Tel:  (212) 309-6671
                                 Fax: (212) 309-6001