UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
KENNETH MORO,                            :

      Plaintiff,                      :   INDEX NO. 08-cv-01119 (KMK)

  -against-                             :   **NOTICE OF APPEARANCE**

PRUDENTIAL INSURANCE COMPANY OF          :
AMERICA,

      Defendant.                      :
---------------------------------------- X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, hereby adds the undersigned as counsel of record in this mattter.

Dated: Philadelphia, Pennsylvania.
      April 15, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
215.963.5000


By: s/Seth Ptasiewicz
    Seth Ptasiewicz
    Attorneys for Defendant
    Prudential Insurance Company of America

1-PH/2902942.1