# LAW OFFICE OF FIRAS E. NESHEIWAT
### 303 Mill Street
### Poughkeepsie, New York 12601
E-Mail: FNesheiwat@hvc.rr.com

Telephone: (845) 473-4500
Facsimile: (845) 471-7597

Attorney & Counselor At Law

## MEMO ENDORSED

May 9, 2008

United States District Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601-4150
Hon. Kenneth M. Karras
Attn: Dawn

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

RE: **Kenneth Moro v. Prudential Insurance Company**
Case No: 08 CIV 1119

Dear Dawn:

The above matter has been scheduled for a Rule 16 conference on June 27th 2008 at 11:15am. Unfortunately, it was scheduled during my vacation dates. I spoke to counsel for defendant, who has provided the following dates: June 11th, 12th, 13th or 16th. We are also available for any day for the week of July 14th, 2008.

We are respectfully requesting the matter rescheduled. Thank you very much.

Very truly yours,

Firas E. Nesheiwat, Esq

FEN/mg
Enc.
Cc: Seth Ptasiewicz, Esq. (via fax)
(Attorney for Defendant)

Conference is moved to June 13, 2008, at 12:00 noon.

SO ORDERED.
KENNETH M. KARAS U.S.D.J.
5/9/08