**MEMO ENDORSED**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Seth Ptasiewicz**
Staff Associate
(215) 963-5405
sptasiewicz@morganlewis.com
eFax: 877.432.9652
Admitted in New York and New Jersey only

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

May 27, 2008

**VIA OVERNIGHT MAIL**

Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Moro v. The Prudential Insurance Company of America
     Docket No.: 08-CIV-~~119~~(KMK) *1119*
     Client-Matter No. 063331.0124

Dear Judge Karas:

This firm is counsel to Defendant, The Prudential insurance Company of America ("Prudential") with reference to the above-captioned matter. An Initial Case Management Conference is scheduled before Your Honor in this matter on June 13, 2008 at noon.

With the consent of plaintiff's counsel, Firas E. Nesheiwat, Esq., I would respectfully request that Your Honor permit the parties to appear for the Initial Case Management Conference by telephone. If Your Honor is amenable to this proposal, I would initiate the Conference Call.

I am available to discuss this matter in greater detail at (215) 963-5405 if Your Honor believes it would be of assistance. In the interim, if Your Honor should have any questions, please do not hesitate to contact the undersigned. On behalf of Prudential, I thank Your Honor for your anticipated courtesies and cooperation in this matter.

1-PH/2920172.1

Honorable Kenneth M. Karas, U.S.D.J.
May 27, 2008
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Seth Ptasiewicz
SP/SP:ps
c: Firas E. Nesheiwat, Esq. (via overnight mail)

Granted,

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/13/08

1-PH/2920172.1