

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH MORO,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                              Defendant. | Index No.: 08-cv-1119<br><br>**CONSENT TO CHANGE ATTORNEY** |

**IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: July 10, 2008

                                                         THE PRUDENTIAL INSURANCE COMPANY
                                                         OF AMERICA

                                                         By: _____
                                                                    Leonard A. Giusti
                                                                    Director and Corporate Counsel

July 11, 2008                                            D'ARCAMBAL, LEVINE & OUSLEY, LLP

                                                         By: _____
                                                                    Jodie L. Ousley
                                                                    Incoming Attorneys

                                                         MORGAN, LEWIS & BOCKIUS, LLP

July 9, 2008                                             By: _____
                                                                    Seth Ptasiewicz
                                                                    Outgoing Attorneys