AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Eastern_____  DISTRICT OF  _____New York_____

## APPEARANCE

Ann Marie Lepore v. The Prudential Insurance Company of America    Case Number:  08-cv-0254

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | |
| Date | Signature |
| | Jodie L. Ousley    JO5121 |
| | Print Name    Bar Number |
| | 40 Fulton Street, Suite 1005 |
| | Address |
| | New York    NY    10038 |
| | City    State    Zip Code |
| | (212) 971-3175    (212) 971-3176 |
| | Phone Number    Fax Number |