UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENNETH MORO,                                    :

        Plaintiff,                              :          INDEX NO.  08-CV-1119 (KMK)

    -against-                                    :          **NOTICE OF MOTION TO WITHDRAW
                                                                  AS COUNSEL PURSUANT TO LOCAL
THE PRUDENTIAL INSURANCE          :          CIVIL RULE 1.4**
COMPANY OF AMERICA,

        Defendant.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for

Defendant Prudential Insurance Company of America, shall move before the Honorable Kenneth

M. Karas, U.S.D.J. at a date and time to be set by the Court for an Order seeking leave pursuant

to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance

Company of America in the above captioned matter with consent of Defendant The Prudential

Insurance Company of America.

      In support of this Motion, Morgan, Lewis & Bockius, LLP shall rely upon the Affidavit

of Seth Ptasiewicz.  A proposed form of Order is annexed hereto.

      No oral argument is requested.

Dated: Philadelphia, Pennsylvania.
   July 16, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
215.963.5000


By:s/Seth Ptasiewicz
   Seth Ptasiewicz
   Attorneys for Defendant
   The Prudential Insurance Company of
   America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENNETH MORO,                                        :

           Plaintiff,                    :    INDEX NO.  08-CV-1119 (KMK)

   -against-                                     :    **ORDER ON MOTION TO WITHDRAW**
                                                     **AS COUNSEL PURSUANT TO LOCAL**
THE PRUDENTIAL INSURANCE                       :    **CIVIL RULE 1.4**
COMPANY OF AMERICA,                            :

           Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius,

LLP, attorneys for Defendant The Prudential Insurance Company of America, pursuant to Local

Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance

Company of America in the above captioned matter; and Defendant The Prudential Insurance

Company of America having consented to this request and retained new counsel D'Arcambal,

Levine & Ousley, LLP; and good cause having been shown;

     IT IS HEREBY ORDERED ON THIS _____DAY OF JULY, 2008

     AS FOLLOWS.

     1.    The Motion of Morgan, Lewis & Bockius, LLP  and its attorneys, Brian A.

Herman, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record

for Defendant The Prudential Insurance Company of America is hereby granted.

           SO ORDERED:

                  _____

                  HONORABLE KENNETH M. KARAS, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

KENNETH MORO,                               :

              Plaintiff,               :

    -against-                              :

THE PRUDENTIAL INSURANCE           :
COMPANY OF AMERICA,

           Defendant.               :

------------------------------------- X

INDEX NO.  08-CV-1119 (KMK)

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

STATE OF PENNSYLVANIA )

COUNTY OF PHILADELPHIA) ss.

      Seth Ptasiewicz, of full age, hereby swears under penalty of perjury as follows:

      1.      I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, present counsel to Defendant The Prudential Insurance Company of America ("Prudential") with reference to the above-captioned matter.  I am admitted to practice before this Court.

      2.      I submit this Affidavit of support of Morgan, Lewis & Bockius, LLP's Motion pursuant to Local Civil Rule 1.4 to withdraw as counsel of record to Prudential in this litigation concerning the denial of plaintiff's claim for Long Term Disability Benefits under a group disability policy governed by the Employee Income Retirement Security Act, 29 U.S.C. §1001, *et seq* .

      3.      The request to withdraw as counsel of record to Prudential came as a result of Prudential advising  this firm that it wishes to substitute as its counsel of record the law firm of D'Arcambal, Levine & Ousley, LLP as reflected in the Consent to Change Attorney Form  and Notice of Appearance electronically filed on behalf of Prudential with this Court and appended

hereto as **Exhibit A and Exhibit B**, respectively.

4.      No prejudice will arise as a result of this firm's withdraw as counsel of record.  I have informed Prudential and its new counsel the law firm of D'Arcambal, Levine & Ousley, LLP has been apprised of the status of this litigation and all pending deadlines.

5.      Accordingly, the law firm of Morgan, Lewis & Bockius, LLP and its attorneys of record in this case, Brian A. Herman, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., respectfully request that the Motion to Withdraw as Counsel be granted.

_____

Seth Ptasiewicz

Sworn to before me this
16th day of July, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2010
Member, Pennsylvania Association of Notaries

# EXHIBIT A



NYSD_ECF_Pool@nysd.usco
urts.gov

07/11/2008 04:36 PM

To    deadmail@nysd.uscourts.gov

cc

bcc

Subject    Activity in Case 7:08-cv-01119-KMK Moro v. Prudential
Insurance Company of America Notice of Substitution of
Attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**United States District Court for the Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Ousley, Jodie on 7/11/2008 at 4:36 PM EDT and filed
on 7/11/2008

| | |
|---|---|
| **Case Name:** | Moro v. Prudential Insurance Company of America |
| **Case Number:** | 7:08-cv-1119 |
| **Filer:** | Prudential Insurance Company of America |
| **Document Number:** | 10 |

**Docket Text:**
**NOTICE of Substitution of Attorney. Old Attorney: Seth Ptasiewicz, New Attorney:
Jodie L. Ousley, Address: d'Arcambal Levine & Ousley, LLP, 40 Fulton Street,
Suite 1005, New York, NY, USA 10038, (212) 971-3175. Document filed by
Prudential Insurance Company of America. (Ousley, Jodie)**

**7:08-cv-1119 Notice has been electronically mailed to:**

Brian A. Herman    bherman@morganlewis.com

Firas E. Nesheiwat    fnesheiwat@hvc.rr.com

Ryan John Cooper    rcooper@morganlewis.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**7:08-cv-1119 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:


**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/11/2008] [FileNumber=4796740-0
] [2607afcc47f2329172695579132be249056d95fd569a413363fe33e283518f7d546
5aecaca8ca010aa3589e43728cd7dd257baa71915de40f9f07c1ad9e0e9a7]]

**EXHIBIT B**



NYSD_ECF_Pool@nysd.usco
urts.gov
07/15/2008 01:15 PM

To  deadmail@nysd.uscourts.gov

cc

bcc

Subject  Activity in Case 7:08-cv-01119-KMK Moro v. Prudential
Insurance Company of America Notice of Appearance

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### United States District Court for the Southern District of New York

#### Notice of Electronic Filing

The following transaction was entered by Ousley, Jodie on 7/15/2008 at 1:15 PM EDT and filed
on 7/15/2008

| | |
|---|---|
| **Case Name:** | Moro v. Prudential Insurance Company of America |
| **Case Number:** | 7:08-cv-1119 |
| **Filer:** | Prudential Insurance Company of America |
| **Document Number:** | 11 |

**Docket Text:**
**NOTICE OF APPEARANCE by Jodie Leigh Ousley on behalf of Prudential
Insurance Company of America (Ousley, Jodie)**


**7:08-cv-1119 Notice has been electronically mailed to:**

Brian A. Herman     bherman@morganlewis.com

Firas E. Nesheiwat     fnesheiwat@hvc.rr.com

Jodie Leigh Ousley     jousley@darcambal.com

Ryan John Cooper     rcooper@morganlewis.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KENNETH MORO,

                         Plaintiff,

     -against-

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA,

                         Defendant.

Index No.: 08-___-___-1_

CONSENT TO ___ CH__
ATTORNEY

    **IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, ___ LP, ___

Street, Suite 1005, New York, NY 10038, be substituted as attorneys ___ f re

undersigned party in the above-entitled action in place and stead of the unders___ gne___

of the date hereto.

Dated: July 10, 2008

                              THE PRUDENTIAL INSURAN___ E O
                                  OF AMERICA

                      By: _____
                              Leonard A. Gius___
                       Director and Corporate ___ oun

July 11, 2008
                         D'ARCAMBAL, LEVINE & ___ USL

                      By: _____
                              Jodie L. Ousley
                            Incoming Attorneys

July 9, 2008
                         MORGAN, LEWIS & BO___ KIU

                      By: _____
                              Seth Ptasiewicz
                            Outgoing Attorney___

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed and served the annexed

Notice of Motion to Withdraw as Counsel of Record together with the supporting papers on:

Firas E. Nesheiwat, Esq.
303 Mill Street
Poughkeepsie, New York 12601

I certify that the foregoing statement by me is true and that if not true I am subject to the penalty

of perjury.

_____
Seth Ptasiewicz