UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
KENNETH MORO,                         :
                                      :
       Plaintiff,                     :   INDEX NO. 08-CV-1119 (KMK)
                                      :
   -against-                          :   **ORDER ON MOTION TO WITHDRAW
                                      :   AS COUNSEL PURSUANT TO LOCAL
THE PRUDENTIAL INSURANCE              :   CIVIL RULE 1.4**
COMPANY OF AMERICA,                   :
                                      :
       Defendant.                     :
------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant The Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant The Prudential Insurance Company of America in the above captioned matter; and Defendant The Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown;

IT IS HEREBY ORDERED ON THIS __21st__ DAY OF JULY, 2008

AS FOLLOWS.

1.   The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Brian A. Herman, Esq., Ryan J. Cooper, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant The Prudential Insurance Company of America is hereby granted.

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS, U.S.D.J.